UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JANE P. JIMENEZ,

          Claimant,

v.                                                           Case No:  6:18-cv-510-Orl-37DCI

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## SUPPLEMENTAL REPORT AND RECOMMENDATION

On April 2, 2019, the undersigned issued a Report recommending that the Commissioner's final decision be affirmed in this matter.  Doc. 20.  Nonetheless, on April 15, 2019, the Commissioner filed a timely Objection to the Report that included two, specific objections.  Doc. 21.  In the first of these objections, the Commissioner stated that the undersigned "incorrectly indicates that Advanced Registered Nurse Practitioner (ARNP) Sandra Brooks is an acceptable medical source under the regulations applicable to this case. See Doc. 20 at 11 n.9."  Doc. 22 at 2.  Based on that objection, the Court returned the Report to the undersigned pursuant to Federal Rule of Civil Procedure 72(b)(3) to consider that first objection and file a supplemental report.  Doc. 26.  This is that Supplemental Report.

At the conclusion of the section of the Report considering the first assignment of error – i.e. "The Weight the ALJ gave to the Medical Opinion Evidence Pertaining to Claimant's Mental Impairments" – the undersigned included a footnote that indicated that the undersigned considered ARNP Sandra Brooks an acceptable medical source for the purposes of the analysis in that section.  Doc. 20 at 11 n.9.  That is incorrect based on the regulations in effect at the times relevant to this action.  Thus, it is **RECOMMENDED** that the Court disregard footnote 9 of the Report.

Further, it should be noted that the parties did not address in their Joint Brief whether or not ARNP Sandra Brooks was an acceptable medical source, and, thus, that issue does not appear to have been a factor in either party's arguments. And although the undersigned addressed the issue in a concluding footnote, the undersigned's analysis set forth in the Report is not affected by the deletion of footnote 9 and stands as written. Indeed, to the extent the error would have affected the undersigned's analysis, it would have been an error in favor of Claimant, hence the objection by the Commissioner despite the recommendation that the Commissioner's decision be affirmed. Accordingly, the undersigned makes no other recommendations in this Supplemental Report and respectfully recommends that the Court consider the Report as submitted, though it should disregard footnote 9.

### **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2019.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record